IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01215-WYD-KLM

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Mutual Life Insurance Corporation,

    Plaintiff/Counterclaim Defendant,

v.

SUSAN WILDS, an individual,

    Defendant/Counterclaimant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Susan Wilds' Former Attorneys' Motion for Enforcement of Charging Lien for Attorneys' Fees** [Docket No. 34; Filed May 17, 2013] (the "Motion"). On May 23, 2013, Susan Wilds' Former Attorneys' Corrected Motion for Enforcement of Charging Lien for Attorneys' Fees [#35] was filed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#34] is **DENIED as moot**.

    Dated: September 13, 2013