UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01215-WYD-KLM

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Mutual Life Insurance Corporation,

      Plaintiff,

v.

SUSAN WILDS, an individual,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court on Magistrate Judge Mix's Recommendation [ECF No. 47].

      Magistrate Judge Mix's Recommendation [ECF No. 47] pertains to Donald F. D'Antuono and Douglas A. Turner's ("the Interested Parties") Corrected Motion For Enforcement Of Charging Lien For Attorney's Fees [ECF No. 35].  On November 15, 2013, the Interested Parties filed their Amended Motion To Enforce Attorney's Lien [ECF No. 56], thereby mooting their Corrected Motion For Enforcement Of Charging Lien For Attorney's Fees [ECF No. 35].  As such, Magistrate Judge Mix's Recommendation [ECF No. 47] is moot.  Therefore, it is

      ORDERED that the Interested Parties' Corrected Motion For Enforcement Of Charging Lien For Attorney's Fees [ECF No. 35] is **DENIED AS MOOT**.  It is

      FURTHER ORDERED that Magistrate Judge Mix's Recommendation [ECF No. 47] is **MOOT**.

      Dated:  January 7, 2014.