IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01215-WYD-KLM

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a New York Mutual Life Insurance Corporation,

    Plaintiff,

v.

SUSAN WILDS, an individual,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendations of United States Magistrate Judge, filed on October 16, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Magistrate Judge Mix's Recommendation [ECF Doc. No. 65] is **AFFIRMED** and **ADOPTED.**  It is further

ORDERED that the Movants' Amended Motion to Enforce Attorneys' Lien [ECF Doc. No. 56] is **GRANTED IN PART** to the extent that Movants be awarded $50,160.32, plus interest at the rate set by 28 U.S.C. § 1961, accruing from January 28, 2013.  It is further

ORDERED that the $336,634.93 in the Court's Registry be distributed as follows: $50,160.32, plus interest at the rate set by 28 U.S.C. § 1961, accruing from January 28, 2013, to Movants and the remaining amount to Susan Wilds.

DATED at Denver, Colorado this 21st day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk